*Tuesday, December 24, 1996*

## MOTION DOCKET

**96–2258. State ex rel. Druggan v. Indus. Comm.**

In Mandamus. On motion for peremptory or alternative writ, motion to expedite, and request for oral argument. Request for oral argument denied and alternative writ granted.

MOYER, C.J., COOK and STRATTON, JJ., dissent and would dismiss the cause.

**96–2349. State v. Blackwell.**

Franklin App. No. 96AP03–348. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and STRATTON, JJ., dissent.

On motion for appeal bond. Motion denied.